IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAYMUNDO HERNANDEZ-RUBIO, <br><br> Defendant. | 8:19CR389 <br><br> ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [56]. Counsel seeks additional time to fully explore a resolution of this case short of trial. For good cause shown.

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [56] is granted, as follows:

1. The jury trial, now set for August 4, 2020, is continued to **September 1, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 1, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 21st day of July 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge